**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------X
JAMES GIOCASTRO,                                              :
                                                              :    ORDER
                           Plaintiff,                         :
                                                              :
                                                              :
              -against-                                       :    19-CV-3962 (OTW)
                                                              :
ANDREW M. SAUL, COMMISSIONER                                  :
OF SOCIAL SECURITY,                                           :
                                                              :
                           Defendant                          :
                                                              :
-------------------------------------------------------------X
```

**ONA T. WANG, United States Magistrate Judge:**

      This matter is before the Court on Plaintiff's complaint for judicial review of an unfavorable final decision by the Commissioner of Social Security regarding Plaintiff's application for disability insurance benefits (DIB). The parties have consented to entry of final judgment by a United States Magistrate Judge, pursuant to 28 U.S.C. §636(c). The Court, having reviewed the record, the administrative transcript, the parties' briefs, applicable law, and having heard oral argument, finds as follows:

      For the reasons announced by the Court on the record at the conclusion of the parties' oral argument in this matter on November 19, 2020, the Court **GRANTS** Plaintiff's Motion for Judgment on the Pleadings insofar as the case is remanded for further proceedings pursuant to 42 U.S.C. § 405(g) and the Commissioner's Cross-Motion for Judgment on the Pleadings is **DENIED**.

The Clerk of the Court is respectfully directed to terminate all pending motions and close this case.

**SO ORDERED.**

|  |  |
|---|---|
| Dated: November 19, 2020<br>New York, New York | *s/ Ona T. Wang*<br>**Ona T. Wang**<br>United States Magistrate Judge |