**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JAMES GIOCASTRO,

                Plaintiff,                        19 **CIVIL** 3962 (OTW)

-v-                                     **JUDGMENT**

ANDREW M. SAUL, COMMISSIONER OF
SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 19, 2020, and for the reasons announced by the Court on the record at the conclusion of the parties' oral argument in this matter on November 19, 2020, Plaintiff's Motion for Judgment on the Pleadings is GRANTED insofar as the case is remanded for further proceedings pursuant to 42 U.S.C. § 405(g) and the Commissioner's Cross-Motion for Judgment on the Pleadings is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York
            November 20, 2020

                                                            **RUBY J. KRAJICK**

                                                              **Clerk of Court**
                           **BY:**
                                                             **Deputy Clerk**